MARY L. HUNTER, Respondent, v. THE CARLETON COMPANY, INC., Appellant, and Others, Defendants.— Action to recover damages for personal injuries sustained by plaintiff as a result of her falling into a manhole constructed by and under

the control of the appellant and temporarily covered by loose planking, through which plaintiff fell as she was attempting to board a trolley car on Fulton street, Brooklyn. Judgment for plaintiff against appellant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.